**120**

## V.

In this latest chapter to the ongoing Culebra/Vieques saga, this Court blocks Plaintiffs' access to the courts of the United States, depriving U.S. citizens who live in Vieques of the only effective remaining forum in which to seek redress for their alleged wrongs. Access to the political forum available to most other citizens of the United States has already been blocked by this same Court. *See Igartúa v. United States*, 654 F.3d 99, 101–02 (1st Cir.2011) (Torruella, J., concerning the denial of en banc consideration); *see also Balzac v. Porto Rico*, 258 U.S. 298, 308–09, 42 S.Ct. 343, 66 L.Ed. 627 (1922) (describing the limited "civil, social, and political" rights that attach to United States citizens residing in Puerto Rico). I for one, protest this intolerable and undemocratic situation in the strongest of terms.

I dissent.

Latia N. Bing, Katharine E. Clark, Jennifer Parker Levings, Carmel Aileen Morgan, U.S. Dept. of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before LYNCH, Chief Judge, LIPEZ and HOWARD, Circuit Judges.

### JUDGMENT

In view of the Board of Immigration Appeals' October 31, 2011 decision reopening and terminating removal proceedings, there no longer is any final order of removal for this court to review. Consequently, we vacate our December 29, 2010 judgment, withdraw the opinion, and dismiss this petition for review.

Dismissed.